**SEATING CHART**
**24–MD–3119 MLG- LF**
**In Re: Shale Oil Antitrust Litigation**
**Moton to Intervene**

**DATE:**      **Tuesday, July 15, 2025, at 9:30 a.m.**

**Stephen Chuck, Kurt Summer, Jeff Zeiger, Earl Debrine, Ben Feuchter**



_Fran Jennings__

Daniel Higgins___

_Billy Trabando___                    _Stephen Medlock__

_Tom Walsh_____                       _Boris Bershteyn_          _Candice Enders__

_Andrew Paik_____                     _Brian Moore____        Carmen Medici__

Nicholas Smith___        _Melanie Jack_        _Karin Swope ____        Patrick Coughlin

**Adam Steinhilber**                                **Chris Dodd**

# [BENCH]